IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-25 |
| ) | |
| WILLIE C. DAVIS ) | |
| a/k/a Davis C. Willie ) | |

**ORDER OF COURT**

AND NOW, to wit, this 30th day of July, 2009, the Court having considered the motion of the government to destroy certain evidence, the Court having jurisdiction over the subject matter and being duly advised,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Special Agents of the Federal Bureau of Investigation shall forthwith destroy the following items of evidence:

(a) one Smith & Wesson .38 Special revolver, Airweight Model, MOD 38, serial number 799J26;

(b) five rounds of .38 Special-Western ammunition; and

(c) one bullet-proof vest (camo flak jacket)

_____
HONORABLE GARY L. LANCASTER
UNITED STATES DISTRICT JUDGE